**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| DAVID LYNN, | : | Case No. 1:19-cv-869 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| vs. | : | |
| | : | |
| WARDEN, MADISON | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 11) AND DENYING MOTION FOR EXTENSION (Doc. 12) AS MOOT**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 11), to whom this case is referred pursuant to 28 U.S.C. § 636(b).  No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.  Petitioner has filed a motion for extension of time to prepare a reply to Respondent's Answer/Return of Writ (Doc. 12).  But Petitioner has already filed a reply to the Answer/Return of Writ (*see* Doc. 10).  The Court hereby **ADOPTS** the Report and Recommendation in its entirety and **DENIES AS MOOT** Petitioner's motion for extension (Doc. 12).

    **IT IS SO ORDERED**.

                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF OHIO


                                        By:    */s/ Matthew W. McFarland*
                                        JUDGE MATTHEW W. McFARLAND